1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10 | MICHELLE MCDONALD,  ) Case No.: 2:20-cv-06351-MAA
                          )
11 |     Plaintiff,       ) ORDER AWARDING EQUAL
                          ) ACCESS TO JUSTICE ACT
12 |   vs.                ) ATTORNEY FEES AND EXPENSES
                          ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | KILOLO KIJAKAZI,     ) AND COSTS PURSUANT TO 28
    Acting Commissioner of Social ) U.S.C. § 1920
14 | Security,            )
                          )
15 |     Defendant        )
                          )

16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $4,900.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE: June 2, 2022

23      _____
        THE HONORABLE MARIA A. AUDERO
24      UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Steven G. Rosales*

     BY:   _____
4          Steven G. Rosales
           Attorney for plaintiff Michelle Mcdonald
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26